No. 7,952.—CONSOLIDATED FREIGHTWAYS, INC., APPELLANT, v. BOARD OF RAILROAD COMMISSIONERS AND BRUCE COOK, RESPONDENTS.

Decided April 7, 1941.

PER CURIAM.—It is ordered, pursuant to the stipulation of the parties, that the judgment heretofore entered herein by the district court of the First Judicial District in and for the County of Lewis and Clark in favor of defendants, be and the same is hereby reversed in its entirety, and said cause remanded to said district court with direction to grant the parties hereto a plenary new trial on the merits.

*Messrs. Toomey, McFarland & Chapman,* for Appellant.

*Mr. John W. Bonner,* Attorney for Respondent State Board, and *Messrs. Lester H. Loble* and *Hugh R. Adair,* for Respondent Bruce Cook.